**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kenneth L. Kauffman** | Social Security number or ITIN **xxx–xx–7153** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lori M. Kauffman** | Social Security number or ITIN **xxx–xx–1297** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **19–70104–JAD** | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth L. Kauffman                             Lori M. Kauffman
                                                fka Lori Papcunik, fka Lori Santacroce

6/19/19                                         **By the court:**  Jeffery A. Deller
                                                                   United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-70104-JAD
Kenneth L. Kauffman                                                     Chapter 7
Lori M. Kauffman
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: admin                Page 1 of 2             Date Rcvd: Jun 19, 2019
                              Form ID: 318               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db/jdb         +Kenneth L. Kauffman,    Lori M. Kauffman,    1846 Soap Hollow Road,    Johnstown, PA 15905-7903
15004050       +Amerigas,    1130 N. Center Avenue,    Somerset, PA 15501-1626
15004053       +Commonwealth Financial Systems,    245 Main Street,    Scranton, PA 18519-1641
15004056        Equifax,    1550 Peachtree Street, NW,    Atlanta, GA  30309-2468
15004057       +Experian,    701 Experian Parkway,    Allen, TX 75013-3715
15004058       +Great Lakes Higher Education,    PO Box 7860,   Madison, WI 53707-7860
15004059        Hooversville Borough,    50 Main Street,    Hooversville, PA  15936
15004060       +Nationwide Rentals,    PO Box 123128,    Dallas, TX 75312-3128
15004062        Penelec,    PO Box 16001,    Reading, PA  19612-6001
15004064        Prime Lending,    PO Box 11733,    Newark, NJ  07101-4733
15004070       ++TRANSUNION,    555 W ADAMS,    CHICAGO IL 60661-3631
                 (address filed with court:   Trans Union,    555 West Adams Street,    Chicago, IL   60661)
15004068       +Tek-Collect,    PO Box 1269,   Columbus, OH 43216-1269
15004069       +Theresa C. Homady, Esquire,    317 Union Street, Suite 105,    Hollidaysburg, PA 16648-2097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Jun 20 2019 06:33:00     James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2019 02:41:15      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Jun 20 2019 06:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15004051        EDI: CAPITALONE.COM Jun 20 2019 06:33:00      Capital One Services, LLC,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
15004052        EDI: CAUT.COM Jun 20 2019 06:33:00      Chase Auto Finance,    PO Box 901076,
                 Fort Worth, TX  76101-2076
15004054       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 20 2019 02:41:33
                 Credit Management Co.,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15004055        EDI: RCSFNBMARIN.COM Jun 20 2019 06:33:00     Credit One Bank,    PO Box 98873,
                 Las Vegas, NV  89193-8873
15004061       +E-mail/Text: bankruptcy@onlineis.com Jun 20 2019 02:41:34      Online Information Services,
                 PO Box 1489,    Winterville, NC 28590-1489
15004066       +E-mail/Text: bankruptcynotices@psecu.com Jun 20 2019 02:41:36      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
15004065       +E-mail/Text: bankruptcynotices@psecu.com Jun 20 2019 02:41:35      PSECU,    1 Credit Union Place,
                 Harrisburg, PA 17110-2912
15004067        EDI: RMSC.COM Jun 20 2019 06:33:00      Synchrony Bank,   Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL  32896-5060
15004358       +EDI: RMSC.COM Jun 20 2019 06:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15004070        E-mail/Text: DASPUBREC@transunion.com Jun 20 2019 02:40:59      Trans Union,
                 555 West Adams Street,    Chicago, IL  60661
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB as servicer for PrimeLending, A PlainsC
aty*           +James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,
                 Johnstown, PA 15905-2545
15004063       ##+Penn Credit Corporation,    916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                 TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7          User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2019
                              Form ID: 318             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Cenlar FSB as servicer for PrimeLending, A
               PlainsCapital Company bkgroup@kmllawgroup.com
              James R. Walsh     jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;Tr
               usteeWalsh@gmail.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;skosis@spencecuster.com;jwalsh@ecf.axosfs.com;Tr
               usteeWalsh@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Theresa C   Homady    on behalf of Joint Debtor Lori M. Kauffman thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C   Homady    on behalf of Debtor Kenneth L. Kauffman thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                             TOTAL: 6
```